■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VICTOR FONSECA, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Application for assignment of counsel granted and Edward J. Grogan, counselor at law of 90 State St., Albany, New York is assigned as counsel for appellant.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS V. JACKSON, JR., Appellant.— Application for assignment of counsel granted and Thomas W. Brown, Esq., counselor at law, 100 State St., Albany, New York is assigned as counsel for appellant.

■ THE PEOPLE OF THE STATE OF NEW YORK, v. VERNON L. KNAPP, Appellant.— Motion for assignment of counsel granted and Frank R. Reeves, Esq., counselor at law, Otego, New York is assigned as counsel for appellant.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WINSLOW DALRYMPLE, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL A. TEMPLE, Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES BOFILL, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Time to perfect appeal extended for 90 days. Motion in all other respects denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT T. SMITH, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief.

■ CORINNE C. WATERMAN, Appellant, v. STATE OF NEW YORK, Respondent.— Motion for reargument denied without costs.

■ In the Matter of JOSEPH SCHREINER et al., Petitioners, v. JAMES E. ALLEN, as Commissioner of Education of the State of New York, Respondent.— Stay granted, in accordance with stipulation.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GUMERCINDO QUINONES, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Motion for permission to appeal to the Court of Appeals denied.

■ (A) In the Matter of the Final Accounting of ABRAHAM STREIFER, as Committee of BERTHA F. BANGS, Respondent. BERTHA F. BANGS, Appellant. (Two Proceedings.) (B) RED APPLE REST, INC., et al., Appellants, v. J. BURCH McMORRAN, as Superintendent of Public Works of the State of New York, Respondent.— [In each action.] Motion for reargument or for permission to appeal to the Court of Appeals denied, without costs.

■ WILLIS H. WOOD, Respondent, v. COUNTY OF BROOME et al., Appellants. (And Two Other Actions.) — Motion for permission to appeal to the Court of Appeals denied, without costs.

■ MARIE HOLUBETZ, Respondent, v. NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, Appellant, et al., Defendant.— Motion denied.